# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK K. McKEEVER, | ) | NO. EDCV 02-1054-CJC (MAN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| THOMAS HORNUNG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Following Remand,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 9, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE