1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PATRICK McKEEVER,                    ) NO. EDCV 02-1054-CJC (MAN)
                                         )
12                  Petitioner,          )
                                         )
13       v.                              ) JUDGMENT
                                         )
14  KATHY ALLISON, Warden                )
                                         )
15                  Respondent.          )
    _____ )
16

17

18       IT IS ADJUDGED that the writ of habeas corpus is conditionally

19  granted consistent with the May 24, 2012 opinion of the United States

20  Court of Appeals for the Ninth Circuit.   Respondent shall release

21  Petitioner and discharge him from all adverse consequences of the second

22  degree murder conviction sustained by Petitioner in San Bernardino

23  County Superior Court Case No. FSB 09907, as well as the attendant

24  enhancement for the use of the deadly weapon, unless within ninety (90)

25  days of the service of the Judgment herein on the San Bernardino County

26  District Attorneys' Office or such further time as is reasonably allowed

27  ///

28  ///

1  under state law, the State of California commences trial proceedings

2  against Petitioner.

3

4  DATED: June 25, 2012.

5

6  _____
                    CORMAC J. CARNEY
7                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2